IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRA COLEMAN et al., | : CIVIL ACTION |
| | : NO. 05-4506 |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| BLOCKBUSTER, INC., | : |
| | : |
| Defendant. | : |

**O R D E R**

**AND NOW**, this **30th** day of **June 2008**, for the reasons stated in the attached memorandum, it is hereby **ORDERED** that

1. Plaintiffs Blackwell-Murray, Blanchard, Garner, Love-Cash, Oliphant, and West's claims under Title VII are **DISMISSED** for failure to exhaust administrative remedies;

2. Blockbuster's motion for summary judgment (doc. no. 97) is **GRANTED** as to Plaintiffs Blackwell-Murray, Coleman, Garner, Love-Cash, Oliphant, Terry, and West's claims under Section 1981, Plaintiff Blanchard's claim for discriminatory promotion under Section 1981, and Plaintiffs Coleman and Terry's claims under Title VII;

3. Blockbuster's motion for summary judgment (doc. no. 97) is **DENIED** as to Plaintiff Blanchard's claim for discriminatory termination under Section 1981.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

FILED
JUN 30 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ENTERED
JUN 30 2008
CLERK OF COURT

6/30/08 E-mailed