IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRA COLEMAN et al., | : | CIVIL ACTION |
| | : | NO. 05-4506 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BLOCKBUSTER, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **J U D G M E N T**

**AND NOW**, this **12th** day of **September 2008**, pursuant to the Court's Memorandum and Order dated June 30, 2008 (doc. no. 156) granting Defendant's motion for summary judgment (doc. no. 97), it is hereby **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff Tyra Coleman on all claims.

It is further **ORDERED** that the Clerk of the Court shall mark this case as **CLOSED**.[1]

**AND IT IS SO ORDERED.**

      S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] All claims against Defendant have been adjudicated (doc. no. 185).